In the Matter of the CITY OF NEW YORK, Acting on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property Bounded by Seward Avenue and Other Streets in the Borough of The Bronx, Selected as a Site for SOUND VIEW HOUSES. A. F. & G. REALTY CORP. et al., Appellants.

Argued January 17, 1955; decided March 3, 1955.

*Bernard L. Bermant* for A. F. & G. Realty Corp., appellant.
*Milton H. Harris, Harry E. O'Donnell* and *Benjamin Offner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, JJ.